IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION | § § | |
| Plaintiff, | § § | |
| v. | § § | |
| MILLENNIUM BANK, | § | |
| UNITED TRUST OF SWITZERLAND S.A., | § | Case No.: 7:09-CV-050-O |
| UT of S, LLC, | § | |
| MILLENNIUM FINANCIAL GROUP, | § | |
| WILLIAM J. WISE, | § | |
|    d/b/a STERLING ADMINISTRATION, | § | |
|      d/b/a STERLING INVESTMENT SERVICES | § | |
|      d/b/a MILLENNIUM AVIATION, | § | |
| KRISTI M. HOEGEL, a/k/a KRISTI M. CHRISTOPHER | § | |
|    a/k/a BESSY LU, | § | |
| JACQUELINE S. HOEGEL, a/k/a JACQULINE S. | § | |
| HOEGEL, | § | |
|    a/k/a JACKIE S. HOEGEL, | § | |
| PHILIPPE ANGELONI, and BRIJESH CHOPRA, | § § | |
| Defendants, | § § | |
| And | § § | |
| UNITED T OF S, LLC, STERLING I.S., LLC, | § | |
| MATRIX ADMINISTRATION, LLC, | § | |
| JASMINE ADMINISTRATION, LLC, | § | |
| LYNN P. WISE, DARYL C. HOEGEL, RYAN D. | § | |
| HOEGEL, | § | |
| and LAURIE H. WALTON, | § § | |
| Relief Defendants. | § | |

## ORDER GRANTING RECEIVER'S MOTION TO APPROVE PROCEDURES FOR RECOVERY OF RECEIVERSHIP ASSETS IN THIRD-PARTY LITIGATION

Before the Court is Receiver's Unopposed Motion to Approve Procedures For Recovery of Receivership Assets in Third-Party Litigation (ECF No. 149). After considering the Receiver's motion, the Court finds that the motion should be and is hereby **GRANTED**.

IT IS THEREFORE ORDERED that the Receiver's Motion to Approve Procedures For Recovery of Receivership Assets in Third-Party Litigation is GRANTED in all respects.

**SO ORDERED** on this **2nd** day of **December, 2010.**

_____
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**